UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TONYA C. ALSTON,

    Plaintiff,

vs.   Case No. 8:05-CV-1654-T-27TGW

MICHAEL J. ASTURE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 23) recommending that the Plaintiff's Consent Petition for Attorney Fees (Dkt. 22) be **GRANTED**. Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

1) The Report and Recommendation (Dkt. 23) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Consent Petition for Attorney Fees (Dkt. 22) is **GRANTED**. Plaintiff is

1

awarded $3,413.82 in attorneys' fees and expenses to be paid by the Defendant pursuant to the EAJA, and $250.00 in costs for the filing fee to be paid by the Defendant pursuant to 28 U.S.C. § 2412(a)(1), (c)(1), (d)(1)(A)-(B).

**DONE AND ORDERED** in Tampa, Florida, on this 22nd day of May, 2007.

/s/ Whittemore
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record

2